IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| JEFFREY HENSON, | * | |
| Petitioner | * | |
| vs. | * | |
| | | CASE NO. 3:11-CV-81 (CDL) |
| Warden DARRELL HART, | * | |
| Respondent. | * | |

ORDER ON RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on July 5, 2011, is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have been considered and are found to be without merit.

IT IS SO ORDERED, this 9th day of August, 2012.

s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE